| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | GARY G. FRY (CABN 85582)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | FAX: (408) 535-5066<br>Gary.fry@usdoj.gov |

FILED
OCT 13 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. 16-71194 |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL** |
| v. | ) |
| ROBERTO SERRANO, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice.

October 13, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
GARY G. FRY
Assistant United States Attorney

//
//

NOTICE OF DISMISSAL (16-71194)

1     Leave is granted to the government to dismiss the above captioned Complaint, *United States v.*
2 *Roberto Serrano*, 16-71194, without prejudice.
3
4 Date:    10/13/16
5                                                                       HON. HOWARD R. LLOYD
                                                                      United States Magistrate Judge

NOTICE OF DISMISSAL (16-71194)